[No. 44543-3-II.   Division Two.   August 12, 2014.]

DOUGLAS MCLEAN, *Appellant*, v. THE TOWN OF STEILACOOM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05815-1, Stephanie A. Arend, J., entered January 18, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.

[No. 44712-6-II.   Division Two.   August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNARD SANTOS CHARGUALAF, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00396-5, Amber L. Finlay, J., entered January 28, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 44743-6-II.   Division Two.   August 12, 2014.]

BABYSALOME T. GAMBLE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08290-7, Thomas Felnagle, J., entered March 22, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Maxa, J.

[Nos. 45304-5-II; 45310-0-II.   Division Two.   August 12, 2014.]

*In the Matter of the Welfare of* K.J.R. ET AL.

Appeals from a judgment of the Superior Court for Clark County, No. 12-7-00798-7, Daniel L. Stahnke, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.